■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING ABBOTT, Appellant. [805 NYS2d 281]—

Judgment, Supreme Court, New York County (Micki A. Scherer, J., at youthful offender determination and plea; Charles H. Solomon, J., at sentence), rendered June 20, 2002, convicting defendant of attempted murder in the second degree, and sentencing him to a term of six years, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment (*see People v Drayton,* 39 NY2d 580 [1976]), given the circumstances of the crime, in which defendant stabbed the victim multiple times in the abdomen, causing serious injuries. We also perceive no basis for reducing the

sentence. Concur—Tom, J.P., Marlow, Williams, Gonzalez and Malone, JJ.